**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Patrick Bertoletti, et al.

                              Plaintiff,

v.                                                    Case No.: 1:25−cv−13934
                                                      Honorable Elaine E. Bucklo

Newell Brands Inc.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 13, 2026:

        MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' unopposed motion to reassign and consolidate the related actions and set schedule for initial case management event [10] is denied. Joint motion to extend deadline to respond to complaint [14] is granted to 5/8/2026. Scheduling Conference is reset for 6/8/2026 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 6/11/2026. The Court will enter a schedule based on the report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.